✍ **ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,          :       07 CRIM. 627

                - v. -             :     NOTICE OF INTENT TO
                                         FILE AN INFORMATION
MOUSTAPHA DIAKITE,                 :

                Defendant.         :

                                         JUDGE COTE
- - - - - - - - - - - - - - - - x

        Please take notice that the United States Attorney's

Office will file an information upon the defendant's waiver of

indictment, pursuant to Rule 7(b) of the Federal Rules of

Criminal Procedure.

Dated:     New York, New York
           June 20, 2007

                                         MICHAEL J. GARCIA
                                         United States Attorney

                          By:    _____
                                 Parvin Moyne
                                 Assistant United States Attorney


                                 AGREED AND CONSENTED TO:

                          By:    _____
                                 SANFORD N. TALKIN, Esq.
                                 Attorney for MOUSTAPHA DIAKITE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/07

6/25/07 WHEEL A