FROM : Joel M.Stein,Esq.[212]344-8560   FAX NO. :   Jul. 18 2007 04:18PM P1

JH-14

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
UNITED STATES OF AMERICA
          against
MOUSTAPHA DIAKITE
_____
(Alias)_____
_____
                Please PRINT Clearly
```

07CR627(DLC)
DOCKET NO. ASSIGNED
JUDGE OR MAGISTRATE JUDGE
DENISE L. COTE

**NOTICE OF APPEARANCE**

TO:   **J. MICHAEL McMAHON**

SIR:   YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS (Please check one)

   1. [X] CJA    2. [ ] RETAINED    3. [ ] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT [ ] NO   [X] YES - IF YES GIVE YOUR DATE OF ADMISSION. MO._____ YR. 1975

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE ___NYS___ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: NEW YORK, NEW YORK
JULY 17, 2007

SIGNATURE: Joel M. Stein
PRINT THE FOLLOWING INFORMATION CLEARLY
JOEL M. STEIN
Attorney for Defendant
LAW OFFICE OF JOEL M. STEIN, ESQ
Firm name if any
3 NEW YORK PLAZA - 10th FL
Street address
NEW YORK   NY   10004
City               State         Zip
212 344-8005
Telephone No

NOTE: PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186