UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
:                                    07 CR. 627 (DLC)
UNITED STATES OF AMERICA,            :
:                                          ORDER
        -v-                          :
:
MOUSTAFA DIAKITE,                    :      ┌─────────────────────────┐
:      │ USDC SDNY               │
            Defendant.              :      │ DOCUMENT                │
:      │ ELECTRONICALLY FILED    │
----------------------------------------X  │ DOC #:                  │
│ DATE FILED:  9 - 18 - 07 │
DENISE COTE, District Judge:               └─────────────────────────┘

    For the reasons stated on the record on July 17, 2007, it is

hereby

    ORDERED that C.J.A. attorney Sanford Talkin is relieved and

Joel Stein is appointed as continuing counsel for the defendant.

    SO ORDERED

Dated:    New York, New York
          July 17, 2007

                                    _____
                                    DENISE COTE
                                    United States District Judge