USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-7-08

**JOEL M. STEIN, ESQ.**
ATTORNEY AT LAW
3 NEW YORK PLAZA
10TH FLOOR
NEW YORK, NEW YORK 10004

(212) 344-8008
FAX: (212) 344-8560

RECEIVED
JAN 0 7 2008
CHAMBERS OF
DENISE COTE

January 7, 2008

Re: U.S. v. Diakite
    07 CR 627 (DLC)

Judge Denise L. Cote
United States Courthouse
500 Pearl St.
New York, NY 10007

Dear Judge Cote:

**MEMO ENDORSED**

I am counsel for Moustapha Diakite in the above-named action. Mr. Diakite has been released on bail and to my knowledge has been complying with the conditions of his release.

Mr. Diakite is requesting permission to travel to Atlanta, Georgia from January 14 to Januray 18, 2008. He intends to stay with his brother during this time.

AUSA Parvin Moyne informs me that the government has no objection to this request.

Thank you for your consideration of this request.

cc: AUSA Parvin Moyne

Very truly yours,

Joel M. Stein, Esq.
Counsel to defendant

Granted.
[signature] Denise Cote
January 7, 2008