**JOEL M. STEIN, ESQ.**
ATTORNEY AT LAW
3 NEW YORK PLAZA
10TH FLOOR
NEW YORK, NEW YORK 10004

(212) 344-8008
FAX: (212) 344-8560

February 6, 2008

Re: <u>USA v. Diakite</u>
    <u>07 CR 627 (DLC)</u>

Judge Denise L. Cote
United States Courthouse
500 Pearl St.
New York, NY 10007

BY HAND AND ECF

Dear Judge Cote:

I am writing this letter to request that the bail conditions of Moustapha Diakite's release be amended to permit him to travel to Connecticut and New Jersey. Mr. Diakite is now employed as a messenger by Velocity Express, and his employment requires him to travel to those states.

To my knowledge, Mr. Diakite has been complying with the conditions of his release. AUSA Parvin Moyne informs me that the government has no objection to this request, and Sharon Regis of the Pretrial Services Agency has informed me that that agency has no objection.

Thank you for your consideration of this request.

cc: AUSA Parvin Moyne
    (by fax)

    Joshua Rothman, PTSA
    (by fax)

Very truly yours,

Joel M. Stein, Esq.
Counsel to defendant