UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ECF CASE**

)
UNITED STATES OF AMERICA         )
                                 )   **NOTICE OF APPEARANCE AND REQUEST**
        v.                       )   **FOR ELECTRONIC NOTIFICATION**
                                 )       **07 Cr. 0627 (DLC)**
MOUSTAPHA DIAKITE,               )
                                 )
        Defendant.               )

TO:    Clerk of Court
       United States District Court
       Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note his appearance in this case

in addition to AUSAs already on the case and to add him as a Filing User to whom Notices of

Electronic Filing will be transmitted in this case.

                          Respectfully submitted,

                          MICHAEL J. GARCIA
                          United States Attorney for the
                           Southern District of New York


                          by: s/_____
                              Daniel P. Chung
                              Assistant United States Attorney
                              (212) 637-2417
                              Fax (212) 637-2527
                              One Saint Andrew's Plaza
                              New York, NY 10007
                              Daniel.P.Chung@usdoj.gov


TO:    Joel M. Stein, Esq.